## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BITMANAGEMENT SOFTWARE GMBH, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 16-840 C <br><br> Senior Judge Edward J. Damich |

## JOINT SUPPLEMENTAL STATUS REPORT AND MOTION TO SCHEDULE EXPERT DISCOVERY AND SUMMARY JUDGMENT BRIEFING

1. Plaintiff Bitmanagement Software GmbH ("Bitmanagement") and Defendant the United States of America (the "Government"), respectfully submit this joint proposal and motion requesting that the Court approve the Parties' proposed schedule for expert discovery and for the filing of summary judgment motions set forth below.

2. The Court entered the current scheduling order on November 13, 2017 (Dkt. No. 20) following the Parties' earlier joint motion for an extension of fact discovery on November 11, 2017.  The Court ordered that the Parties meet and confer within 21 days of the close of fact discovery to discuss "an appropriate sequence and schedule for expert discovery," to "file a supplemental status report detailing the schedule for expert discovery" within 7 days of conferring, and that "[t]he deadline to complete expert discovery and date by which to [make] expert witnesses available for depositions shall be 91 days later, unless an earlier date is agreed to by the parties."

3. The Parties completed fact discovery on December 22, 2017.

4.     On January 10, 2018, counsel for Bitmanagement and counsel for the Government met and agreed to the following schedule for expert discovery, subject to the Court's approval:

| **Event** | **Proposed Deadline** |
| --- | --- |
| Plaintiff's expert disclosures and reports | February 16, 2018 |
| Defendant's expert disclosures and reports | March 23, 2018 |
| Plaintiff's rebuttal expert disclosures and reports | April 20, 2018 |
| Close of expert discovery including depositions | May 18, 2018 |

5.     The current scheduling order also provides that motions for summary judgment be filed 60 days after the close of fact discovery.  In light of the contemplated schedule for expert discovery, the Parties propose to extend this date and set forth a full schedule for summary judgment briefing as follows:

| **Event** | **Proposed Deadline** |
| --- | --- |
| Motions for Summary Judgment | March 2, 2018 |
| Responses to Summary Judgment Motions | April 13, 2018 |
| Reply Briefs in Support of Summary Judgment | May 4, 2018 |

6.     The Parties believe the proposed schedule will provide the Parties sufficient time to complete expert discovery and any summary judgment briefing.  Accordingly, the Parties respectfully request that the Court enter an order setting forth the Parties' proposed schedule.

Dated: January 18, 2018					Respectfully Submitted,

*Attorneys for Plaintiff*

/s/ Carl J. Nichols
Carl J. Nichols
*Counsel of Record*
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: carl.nichols@wilmerhale.com

*Of Counsel*
Barry J. Hurewitz
Adam Raviv
David G. Beraka
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: barry.hurewitz@wilmerhale.com
		adam.raviv@wilmerhale.com
		david.beraka@wilmerhale.com

*Counsel for Bitmanagement Software GmbH*

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

/s/Scott Bolden*
SCOTT BOLDEN
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Scott.Bolden@USDOJ.gov
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

*Of Counsel*
MICHEL E. SOUAYA
Department of Justice
RICHARD J. HUBER
Department of the Navy

*Counsel for Defendant the United States*

*electronically signed with permission.*