# In the United States Court of Federal Claims

No. 16-840C
(Filed: January 19, 2018)

*************************************
\*
**BITMANAGEMENT SOFTWARE** \*
**GMBH,** \*
\*
    Plaintiff, \*
\*
       v. \*
\*
**THE UNITED STATES,** \*
\*
    Defendant. \*
\*
*************************************

## ORDER

On January 18, 2018, the parties filed a Joint Supplemental Status Report and Motion to Schedule Discovery and Summary Judgment Briefing.

The Court ADOPTS the parties schedule for expert discovery as follows:

- Plaintiff's experts disclosures and reports         February 16, 2018
- Defendant's expert disclosures and reports         March 23, 2018
- Plaintiff's rebuttal expert disclosures and reports   April 20, 2018
- Close of expert discovery including deposition      May 18, 2018

The proposed briefing schedule is NOT adopted. The Court is not in favor of simultaneous briefing. The parties shall file a revised briefing schedule accordingly.

**IT SO ORDERED.**

s/ Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge