IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BITMANAGEMENT SOFTWARE GMBH, | |
| Plaintiff, | Case No. 16-840 C |
| v. | Senior Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## JOINT REVISED MOTION TO SCHEDULE SUMMARY JUDGMENT BRIEFING

1.    Plaintiff Bitmanagement Software GmbH ("Bitmanagement") and Defendant the United States of America (the "Government"), respectfully submit this joint revised motion requesting that the Court approve the Parties' proposed schedule for summary judgment briefing set forth below.

2.    The current scheduling order regarding summary judgment, entered on November 13, 2017 (Dkt. No. 20), provides that motions for summary judgment be filed 60 days after the close of fact discovery.  On January 19, 2018, the Court in part denied the Parties' joint motion regarding summary judgment briefing because "[t]he Court is not in favor of simultaneous briefing."  (Dkt. No. 22).  Accordingly, the Parties inform the Court that Plaintiff, but not Defendant, intends to move for summary judgment and propose the following briefing schedule:

| Event | Proposed Deadline |
|---|---|
| Plaintiff's Motion for Summary Judgment | March 2, 2018 |
| Defendant's Response to Plaintiff's Motion for Summary Judgment | April 13, 2018 |

| Plaintiff's Reply Brief in Support of Summary Judgment | May 4, 2018 |
|---|---|

3.     The Parties believe the proposed schedule will provide sufficient time to complete expert

discovery and any summary judgment briefing.  Accordingly, the Parties respectfully request that

the Court enter an order setting forth the Parties' proposed schedule.


Dated: January 24, 2018                    Respectfully Submitted,

                                           *Attorneys for Plaintiff*

                                           /s/ Carl J. Nichols
                                           Carl J. Nichols
                                           *Counsel of Record*
                                           Wilmer Cutler Pickering Hale and Dorr LLP
                                           1875 Pennsylvania Ave., N.W.
                                           Washington, D.C. 20006
                                           Telephone: (202) 663-6000
                                           Facsimile: (202) 663-6363
                                           Email: carl.nichols@wilmerhale.com

                                           *Of Counsel*
                                           Barry J. Hurewitz
                                           Adam Raviv
                                           David G. Beraka
                                           Wilmer Cutler Pickering Hale and Dorr LLP
                                           1875 Pennsylvania Ave., N.W.
                                           Washington, D.C. 20006
                                           Telephone: (202) 663-6000
                                           Facsimile: (202) 663-6363
                                           Email: barry.hurewitz@wilmerhale.com
                                                  adam.raviv@wilmerhale.com
                                                  david.beraka@wilmerhale.com

                                           *Counsel for Bitmanagement Software GmbH*

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

/s/Scott Bolden*
SCOTT BOLDEN
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Scott.Bolden@USDOJ.gov
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

*Of Counsel*
MICHEL E. SOUAYA
Department of Justice
RICHARD J. HUBER
Department of the Navy

*Counsel for Defendant the United States*

*\*electronically signed with permission.*