# In the United States Court of Federal Claims

No. 16-840C
(Filed: January 25, 2018)

```
*************************************
                                    *
BITMANAGEMENT SOFTWARE              *
GMBH,                               *
                                    *
            Plaintiff,              *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
*************************************
```

## ORDER

On January 24, 2018, the parties filed a Joint Revised Motion to Schedule Summary Judgment Briefing.

The Court **GRANTS** the Motion and ADOPTS the schedule for Summary Judgment Briefing. The dates are as follows:

- Plaintiff's Motion for Summary Judgment — March 2, 2018.
- Defendant's Response to Plaintiff's Motion — April 13, 2018.
- Plaintiff's Reply Brief in Support of Motion — May 4, 2018.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge