## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BITMANAGEMENT SOFTWARE GMBH,<br><br>        Plaintiff,<br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 16-840 C<br><br>Senior Judge Edward J. Damich |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

Pursuant to Rule 56(c) of the Rules of the United States Court of Federal Claims and the Court's January 25, 2018 Order (Dkt. 24), Plaintiff Bitmanagement Software GmbH respectfully moves for summary judgment as to the Government's liability and submits the accompanying Memorandum and Appendix in support thereof.

Plaintiff requests oral argument regarding this motion.

Dated March 2, 2018        Respectfully Submitted,

                *Attorneys for Plaintiff*

                /s/ Carl J. Nichols
                Carl J. Nichols
                *Counsel of Record*
                Wilmer Cutler Pickering Hale and Dorr LLP
                1875 Pennsylvania Ave., N.W.
                Washington, D.C. 20006
                Telephone: (202) 663-6000
                Facsimile: (202) 663-6363
                Email: carl.nichols@wilmerhale.com

*Of Counsel*
Adam Raviv
David G. Beraka
Michael Carpenter
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: adam.raviv@wilmerhale.com
         david.beraka@wilmerhale.com
         michael.carpenter@wilmerhale.com

Allison Trzop
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: allison.trzop@wilmerhale.com

*Counsel for Bitmanagement Software GmbH*