# In the United States Court of Federal Claims

No. 16-840C
(Filed: July 24, 2018)

```
*************************************
                                    *
BITMANAGEMENT SOFTWARE              *
GMBH,                               *
                                    *
                 Plaintiff,         *
                                    *
            v.                      *
                                    *
THE UNITED STATES,                  *
                                    *
                 Defendant.         *
                                    *
*************************************
```

## ORDER

On May 11, 2018, Defendant filed its Reply in Support of its Objection to Evidence offered in Support of Plaintiff's Motion for Partial Summary Judgment on Liability, ECF No. 31. The Court **ORDERS** Plaintiff to file a sur-reply **no later than August 1, 2018**.

**IT IS SO ORDERED**.

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge