**REDACTED VERSION**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |
|---|---|
| BITMANAGEMENT SOFTWARE GMBH, | |
| Plaintiff, | Case No. 16-840 C |
| v. | |
| THE UNITED STATES OF AMERICA, | Senior Judge Edward J. Damich |
| Defendant. | |

**DECLARATION OF PETER SCHICKEL**

I, Peter Schickel, hereby declare as follows:

1.      I am the CEO of Bitmanagement Software GmbH ("Bitmanagement"), located in Berg, Germany.  I have served as CEO of Bitmanagement continuously since its founding in 2002.

2.      As CEO of Bitmanagement, I have personal knowledge of the company's business practices, including its creation and maintenance of official business records.  These records include Bitmanagement's license agreements with software purchasers and resellers.  Bitmanagement maintains these records both electronically and in hard copy at its headquarters in Berg, Germany.

3.      It is Bitmanagement's regular practice to create records of its software licensing transactions and their underlying license terms.  When Bitmanagement enters into an agreement to sell its software to a purchaser, Bitmanagement regularly creates a record documenting the agreement and the terms of the sale.  Bitmanagement creates these types of records both to

**REDACTED VERSION**

document the terms of sale and to protect against subsequent misuse of the software by purchasers and third parties.  Bitmanagement routinely creates these types of records when selling software licenses to Planet 9 Studios, Inc. ("Planet 9").

4.      The June 14, 2012 Software License Agreement ("Agreement") between Planet 9 and Bitmanagement, BITMGMT_0021514-20 (attached hereto as Exhibit A), is a true and correct copy of an original record maintained by Bitmanagement regarding Bitmanagement's sale of 18 PC licenses of BS Contact to Planet 9 in June 2012 intended for resale to the United States Navy ("Navy").  Following its creation, the Agreement was kept electronically on Bitmanagement's servers and PCs, consistent with Bitmanagement's regular record management procedures.

5.      The Agreement was drafted at or near the time that Bitmanagement agreed to sell 18 PC licenses of BS Contact to Planet 9 for purposes of resale to the United States Navy, and shortly before Planet 9 delivered the 18 PC licenses to the Navy in July 2012.  The Agreement was drafted by me and Bitmanagement personnel knowledgeable about Bitmanagement's agreement with Planet 9.

6.      Therefore, I have firsthand knowledge regarding Bitmanagement's willingness to sell the 18 PC licenses to Planet 9 in June 2012.  We negotiated the terms of the reseller agreement with Planet 9 prior to drafting the Agreement.

**REDACTED VERSION**

7.      Although Planet 9 and Bitmanagement did not sign the contract, the Agreement reflects our final agreement with Planet 9 and the terms of Planet 9's resale of the licenses.  We subsequently did not modify the substance of the contract, except for adding the specification "Planet9 Studios acting as reseller." on the cover page, as well as adding "or "Reseller,"" but left ALL terms of the licenses granted to Planet 9 in the Agreement unchanged.  Pursuant to those terms, we agreed to sell 18 PC licenses for our software BS Contact to Planet 9, which would resell them to NAVFAC.  We agreed that Planet 9 should pay Bitmanagement a total of $4,222.98 for the licenses.  On October 1, 2012, the Navy, as far as I know, paid Planet 9 for these licenses, and Planet 9 remitted payment to Bitmanagement later that month.

I, Peter Schickel, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of July, 2018, in Berg, Germany.


_____[signature]_____

Peter Schickel



translations@geotext.com
wwww.geotext.com

**REDACTED VERSION**

STATE OF CALIFORNIA
                                                    )
                                                    )
                                                    )
COUNTY OF SAN FRANCISCO    )        ss

## <u>CERTIFICATION</u>

This is to certify that the attached German and English documents are the equivalent of each

other.

Mel Valentin, Project Manager
Geotext Translations, Inc.

---

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

---

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 31ˢᵗ day of _July_____, 20 18 ,

by _Mel. Valentin_____ ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _Bradley Rhymer_____



**BRADLEY RHYMER**
Commission No. 2160632
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires JULY 22, 2020

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143

**REDACTED VERSION**

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BITMANAGEMENT SOFTWARE GMBH,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 16-840 C

Senior Judge Edward J. Damich

### DECLARATION OF PETER SCHICKEL

Ich, Peter Schickel, erkläre hiermit Folgendes:

1.      Ich bin der CEO der Bitmanagement Software GmbH („Bitmanagement") mit Sitz in Berg, Deutschland. Ich habe die Position als CEO der Bitmanagement seit der Gründung des Unternehmens im Jahr 2002 ohne Unterbrechungen inne.

2.      Als CEO der Bitmanagement habe ich persönliche Kenntnis von den Geschäftspraktiken des Unternehmens, auch was die Erstellung und Aufbewahrung von offiziellen Geschäftsunterlagen anbelangt. Zu diesen Unterlagen gehören auch die Lizenzvereinbarungen von Bitmanagement mit Softwarekäufern und -wiederverkäufern. Bitmanagement bewahrt diese Unterlagen sowohl in elektronischer Form als auch in Form physischer Kopien an ihrem Geschäftssitz in Berg in Deutschland auf.

3.      Bei Bitmanagement ist es übliche Praxis, Unterlagen über die Softwarelizenzierungs-Transaktionen und die diesen zugrunde liegenden Lizenzbedingungen zu erstellen. Wenn Bitmanagement einen Vertrag über den Verkauf ihrer Software an einen Käufer abschließt, erstellt Bitmanagement regelmäßig eine entsprechende Aufzeichnung, um den jeweiligen Vertrag und die Verkaufsbedingungen zu dokumentieren. Bitmanagement erstellt

- 1 -

**REDACTED VERSION**

solche Arten von Aufzeichnungen, um einerseits die Verkaufsbedingungen zu dokumentieren und sich andererseits vor einem späteren Missbrauch der Software seitens der Käufer oder dritter Parteien zu schützen. Bitmanagement erstellt solche Arten von Aufzeichnungen routinemäßig, wenn sie Softwarelizenzen an Planet 9 Studios, Inc. („Planet 9") verkauft.

4.       Die Software-Lizenzvereinbarung („Vereinbarung") zwischen Planet 9 und Bitmanagement vom 14. Juni 2012, BITMGMT_0021514-20 (dieser Aussage beigefügt als Anlage A), ist eine wahrheitsgetreue und richtige Kopie des von Bitmanagement aufbewahrten Originals betreffend den Verkauf von 18 PC-Lizenzen von BS Contact an Planet 9 im Juni 2012 seitens Bitmanagement, die für den Weiterverkauf an die United States Navy („Navy") bestimmt waren. Nach ihrer Erstellung wurde die Vereinbarung elektronisch auf den Servern und PCs von Bitmanagement gespeichert, was dem regelmäßig von Bitmanagement angewendeten Aktenmanagementverfahren entspricht.

5.       Die Vereinbarung wurde zu dem Zeitpunkt beziehungsweise etwa zu dem Zeitpunkt, zu dem sich Bitmanagement bereit erklärte, 18 PC-Lizenzen von BS Contact an Planet 9 zum Zweck des Weiterverkaufs an die United States Navy zu verkaufen, und kurz bevor Planet 9 die 18 PC-Lizenzen im Juli 2012 an die Navy lieferte, verfasst. Die Vereinbarung wurde von mir und Mitarbeitern von Bitmanagement verfasst, die über die Abmachung zwischen Bitmanagement und Planet 9 informiert waren.

6.       Ich weiß darum aus erster Hand darüber Bescheid, dass sich Bitmanagement im Juni 2012 bereit erklärt hatte, 18 PC-Lizenzen an Planet 9 zu verkaufen. Vor der Abfassung der Vereinbarung handelten wir die Bedingungen für die Weiterverkaufsvereinbarung mit Planet 9 aus.

**REDACTED VERSION**

7.	Auch wenn Planet 9 und Bitmanagement den Vertrag nicht unterzeichneten, gibt die Vereinbarung unsere endgültige Abmachung mit Planet 9 und die Bedingungen für einen Weiterverkauf der Lizenzen durch Planet 9 wieder. Später haben wir inhaltlich nichts in dem Vertrag geändert außer die Spezifizierung „Planet9 Studios acting as reseller." auf dem Deckblatt hinzugefügt, sowie „or "Reseller"" ergänzt, ließen jedoch ALLE Bedingungen der Lizenzen unverändert, die Planet 9 in der Vereinbarung eingeräumt wurden. Gemäß diesen Bedingungen erklärten wir uns bereit, 18 PC-Lizenzen für unsere Software BS Contact an Planet 9 zu verkaufen, die diese ihrerseits an die NAVFAC weiterverkaufen würde. Wir vereinbarten, dass Planet 9 für die Lizenzen insgesamt 4.222,98 $ bezahlen sollte. Am 1. Oktober 2012 leistete soweit ich weiß die Navy Zahlung für diese Lizenzen an Planet 9, und Planet 9 überwies die Zahlung zu einem späteren Zeitpunkt in diesem Monat an Bitmanagement.

Ich, Peter Schickel, erkläre in Kenntnis der Strafe für Meineid nach den Gesetzen der Vereinigten Staaten von Amerika, dass die vorstehenden Angaben nach meinem besten Wissen und Gewissen der Wahrheit entsprechen und richtig sind.

Unterzeichnet am heutigen 31. Juli 2018 in Berg, Deutschland.

Peter Schickel

- 3 -