# In the United States Court of Federal Claims

No. 16-840C
(Filed: August 6, 2018)

```
*************************************
                                    *
BITMANAGEMENT SOFTWARE              *
GMBH,                               *
                                    *
                Plaintiff,          *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

## ORDER

The Court hereby **DENIES** Plaintiff's Motion for Partial Summary Judgment on Liability as there exists disputed questions of fact. The parties are **DIRECTED** to review and fill in the necessary dates required in the pre-trial order sent by email to the parties. The parties shall return the pre-trial order by email to Laura_Barbour@cfc.uscourts.gov, no later than August 17, 2018.

**IT IS SO ORDERED**.

s/ Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge