# In the United States Court of Federal Claims

No. 16-840C
(Filed: December 13, 2018)

```
************************************
                                   *
BITMANAGEMENT SOFTWARE             *
GMBH,                              *
                                   *
                Plaintiff,         *
                                   *
        v.                         *
                                   *
THE UNITED STATES,                 *
                                   *
                Defendant.         *
                                   *
************************************
```

## ORDER

The Court hereby amends the date scheduled for the pre-trial conference.  The pre-trial conference shall now be held telephonically on **Wednesday April 10, 2019 at 2:00 pm.**

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge