IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BITMANAGEMENT SOFTWARE GMBH, | |
| Plaintiff, | No. 16-840 C |
| v. | Senior Judge Edward J. Damich |
| THE UNITED STATES, | |
| Defendant. | |

## UNOPPOSED MOTION FOR A STAY OF THE CASE
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the entire case in the above-captioned case.

1.     On August 23, 2018, the Court entered the current trial preparation order for this case.  See ECF 40.  In particular, the order sets the schedule for pretrial disclosures, pretrial conferences, and trial.  See id.; see also ECF 46.

2.     At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for several other Executive agencies.  The Department does not know when funding will be restored by Congress.

3.     Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

4.     Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

5.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

6.      Opposing counsel has authorized counsel for the Government to state that Plaintiff does not oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the entire case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

GARY L. HAUSKEN
Director


s/Scott Bolden
SCOTT BOLDEN
December 26, 2018                Deputy Director
                                Commercial Litigation Branch
Of Counsel:                     Civil Division
RICHARD J. HUBER                Department of Justice
Department of the Navy          Washington, DC  20530
                                Email:          Scott.Bolden@USDOJ.gov
                                Telephone:   (202) 307-0262
                                Facsimile:   (202) 307-0345

*Attorneys for Defendant the United States*