# In the United States Court of Federal Claims

No. 16-840C
(Filed: February 5, 2019)

```
**************************************
                                      *
BITMANAGEMENT SOFTWARE                *
GMBH,                                 *
                                      *
            Plaintiff,                *
                                      *
      v.                              *
                                      *
THE UNITED STATES,                    *
                                      *
            Defendant.                *
                                      *
**************************************
```

## SCHEDULING ORDER

   The Court hereby revises the previously scheduled pretrial conference from April 10, 2019 at 10:00 a.m. EST to April 12, 2019 at 11:00 a.m. EST. No later than one business day before the conference, counsel shall call Mr. Chris O'Brien at (202) 357-6486 to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

  **IT IS SO ORDERED**

s/ Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge