# In the United States Court of Federal Claims

No. 16-840C
(Filed: March 19, 2019)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| **BITMANAGEMENT SOFTWARE GMBH,** | \* |
| Plaintiff, | \* |
| v. | \* |
| **THE UNITED STATES,** | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On March 12, 2019, the Government filed a Motion for Authorization of Service of Subpoenas More than 100 Miles from the Place of Trial, ECF No. 61. The Court hereby **GRANTS** this motion and authorizes the issuance of subpoenas to compel the following witnesses to travel more than 100 miles to testify at trial in Washington, DC:

1. Dean McCarns
   11535 Poplar Ridge Road
   North Chesterfield, Virginia

2. David Colleen
   4600 Smith Grade Road
   Bonny Doon, California 95060

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge