# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BITMANAGEMENT SOFTWARE GMBH,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

No. 16-840 C

Senior Judge Edward J. Damich

## DEFENDANT'S OBJECTIONS AND PROPOSED CROSS-DESIGNATIONS TO PLAINTIFF'S MOTION TO DESIGNATE DEPOSITION TESTIMONY

Pursuant to the Court's Trial Preparation Order (TPO), Defendant the United States (the Government) hereby submits its cross-designations and objections in response to Plaintiff's Motion for Leave to Present Testimony of Defendant's 30(b)(6) Representatives Through Deposition.  See ECF 40 (TPO); ECF 64 (Motion).  In its Motion, Plaintiff Bitmanagement Software GmbH (Bitmanagement) sought to designate portions of the deposition transcripts of Alex Viana (Viana) and Patrick Samuel Chambers (Chambers), taken pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims (RCFC).[1]

The Government objects to Bitmanagement's deposition transcript designations for several reasons.  First, Bitmanagement's designations are unnecessary.  Both Viana and Chambers are available to testify during the trial and the Government intends to call both witnesses during its case-in-chief.  See generally RCFC 32(a)(4).  Second, Bitmanagement's designations are unnecessarily burdensome.  Bitmanagement designated 139 portions of Viana's RCFC 30(b)(6) testimony and 171 portions of Chambers's RCFC 30(b)(6) testimony.  Third,

---

[1] For reference, the Government has attached Bitmanagement's RCFC 30(b)(6) notice, the Government's objections and responses to Bitmanagement's topics, and the Government's witness designations.  See A1-6 (notice); A7-24 (objections and responses); A25 (designations).

many of Bitmanagement's designations are based on improper and objectionable questions. See RCFC 32(b). For example, many of Bitmanagement's deposition questions called for legal conclusions, but "legal conclusions given during a 30(b)(6) deposition are generally not binding on the deponent entity." King v. United States, 119 Fed. Cl. 277, 285 (2014) (citing AstenJohnson, Inc. v. Columbia Gas. Co., 562 F.3d 213 (3d Cir. 2009)); see also A9, 16-21 (objecting on this basis). Similarly, many of Bitmanagement's deposition questions called for testimony outside of the scope of the designated RCFC 30(b)(6) topics. Any such testimony is not binding on the Government. See King, 119 Fed. Cl. at 284-85. The Government identified its specific objections to portions of the designated testimony in the table below.

Finally, the Government's cross-designations are necessary to render the designations complete and provided so as to be considered with the designations as required by Rule 106 of the Federal Rules of Evidence. See FRE 106; see also RCFC 32(a)(6). The Government identified its proposed cross-designations in the table below.

**I.     ALEX VIANA RCFC 30(b)(6) DEPOSITION (DEC. 7, 2017)**

| Bitmanagement's Designation for Viana | Government Cross-Designation | Government Objection |
|---|---|---|
| 5:2-10 | 5:2-10 | |
| 6:19-22 | | |
| 7:6-13 | | |
| 7:16-23 | | |
| 8:4-12 | | |
| 12:9-14:2 | | |
| 14:22-15:16 | | |
| 16:4-17:9 | | |
| 17:19-18:25 | 18:14-19:15 | |
| 19:16-20:5 | 24:21-25:4<br>25:24-26:13 | |
| 20:15-25 | | |
| 21:24-22:10 | | |
| 23:4-10 | | |
| 26:23-24 | | |

| Bitmanagement's Designation for Viana | Government Cross-Designation | Government Objection |
|---|---|---|
| 27:2-32:18 | | |
| 33:5-23 | | |
| 34:3-35:4 | | |
| 35:16-18 | | |
| 36:2-25 | | |
| 37:20-38:5 | | |
| 38:8-15 | | |
| 39:7-24 | | 40:10-24 – Foundation; Hearsay |
| 40:14-21 | | 40:10-24 – Foundation; Hearsay |
| 40:23-41:14 | | 40:10-24 – Foundation; Hearsay |
| 40:6-12 | | |
| 41:20-42:7 | | |
| 42:10-16 | | 42:5-11 – Calls for legal conclusion |
| 43:11-20 | | |
| 44:10-45:8 | | |
| 45:13-24 | | |
| 46:9-17 | | 46:14-21 – Calls for speculation |
| 46:20-48:19 | | |
| 48:22-49:6 | | |
| 49:13-51:10 | | |
| 51:25-54:16 | | |
| 55:7-57:4 | | |
| 57:7-17 | | |
| 58:3-60:6 | | |
| 60:16-61:15 | 60:22-62:8 | |
| 62:16-24 | | |
| 63:3-22 | 63:3-65:17 | |
| 64:6-68:13 | | |
| 68:25-69:23 | | 69:21-70:8 – Calls for legal conclusion |
| 70:2-5 | | 69:21-70:8 – Calls for legal conclusion |
| 70:7-20 | | 69:21-70:8 – Calls for legal conclusion<br>70:18-72:20 – Calls for legal conclusion |
| 70:22-71:3 | | 70:18-72:20 – Calls for legal conclusion |
| 71:15-21 | | 70:18-72:20 – Calls for legal conclusion |
| 71:5-13 | | 70:18-72:20 – Calls for legal conclusion |
| 72:12-20 | | 70:18-72:20 – Calls for legal conclusion |
| 72:3-6 | | |
| 73:11-13 | | 73:11-13 – Foundation; Calls for Speculation; No testimony identified |
| 74:3-7 | | |
| 74:10-75:10 | | 75:8-16 – Calls for legal conclusion |
| 75:13-19 | | 75:17-23 – Foundation |

| Bitmanagement's Designation for Viana | Government Cross-Designation | Government Objection |
|---|---|---|
| 75:21-76:3 | | 75:17-23 – Foundation |
| 76:5-78:2 | | 77:12-78:7 – Calls for legal conclusion |
| 78:5-20 | | |
| 79:14-80:13 | | |
| 81:8-10 | | 81:8-13 – Calls for legal conclusion; Asked and answered |
| 81:13-82:13 | | 81:8-13 – Calls for legal conclusion; Asked and answered |
| 82:17-23 | | 82:21-84:9 – Calls for legal conclusion |
| 83:10 | | 82:21-84:9 – Calls for legal conclusion |
| 83:12-15 | | 82:21-84:9 – Calls for legal conclusion |
| 84:2-9 | | 82:21-84:9 – Calls for legal conclusion |
| 84:21-85:22 | | |
| 85:25-86:22 | | |
| 87:22-88:10 | | |
| 88:12-17 | | |
| 88:20-89:4 | | |
| 89:10-20 | 89:5-20 | |
| 90:14-16 | | 90:14-91:9 – Calls for legal conclusion |
| 90:19-22 | | 90:14-91:9 – Calls for legal conclusion |
| 91:8-9 | | 90:14-91:9 – Calls for legal conclusion |
| 91:19-20 | | |
| 91:22-92:2 | | |
| 92:13-20 | 92:13-93:16 | |
| 93:17-94:17 | | |
| 94:20-95:23 | | 95:20-96:3 – Calls for legal conclusion |
| 96:2-19 | | 95:20-96:3 – Calls for legal conclusion |
| 97:20-98:4 | | 97:24-98:6 – Mischaracterizes |
| 98:6 | | |
| 99:6-100:21 | 100:9-101:11 | |
| 100:23 | 100:9-101:11 | |
| 101:12-103:8 | 102:18-103:8 | |
| 103:15-25 | | |
| 104:19-105:8 | 105:5-13 | |
| 105:14-19 | | 105:14-106:5 – Calls for legal conclusion |
| 105:22-24 | | 105:14-106:5 – Calls for legal conclusion |
| 106:2-12 | | 105:14-106:5 – Calls for legal conclusion |
| 106:25-107:15 | | |
| 107:17-108:4 | | |
| 108:16-17 | | |
| 108:20-109:2 | | |
| 108:6 | | |

| Bitmanagement's Designation for Viana | Government Cross-Designation | Government Objection |
|---|---|---|
| 109:4-22 | | |
| 110:8 | | |
| 110:13-111:20 | | |
| 111:25-112:19 | | |
| 112:23-113:5 | | |
| 114:10-115:2 | | |
| 115:18-119:2 | 115:3-24<br>117:20-118:19 | |
| 120:8-17 | | |
| 120:20-121:5 | | 120:25-122:13 – Calls for legal conclusion; Foundation |
| 121:22-122:10 | | 120:25-122:13 – Calls for legal conclusion; Foundation |
| 122:13 | | 120:25-122:13 – Calls for legal conclusion; Foundation |
| 124:4-9 | | |
| 124:17-23 | | |
| 125:4-20 | | |
| 126:20-127:7 | | |
| 128:22-129:12 | | 127:16-130:8 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 129:25-130:8 | | |
| 131:6-14 | | |
| 132:16-18 | | |
| 132:24-134:5 | | |
| 134:7-11 | | |
| 134:19-137:19 | | |
| 137:22-138:19 | | |
| 138:22-141:8 | | |
| 141:15-142:20 | 141:9-21 | |
| 142:25-143:10 | 142:25-144:11 | |
| 143:15-145:4 | 142:25-144:11 | |
| 145:18-146:14 | | |
| 148:15-22 | 147:19-150:2 | |
| 151:6-14 | | |
| 153:8-11 | | |
| 154:16-22 | | |
| 155:15-21 | 156:21-25 | |
| 157:14-158:3 | | |
| 158:14-15 | | |
| 158:22-25 | 158:16-159:2 | |
| 160:9-162:11 | | |

| Bitmanagement's Designation for Viana | Government Cross-Designation | Government Objection |
|---|---|---|
| 162:18-163:2 | | |
| 164:5-12 | | |
| 165:11-14 | | |
| 165:25-166:5 | 165:25-166:5 | |
| 166:17-168:7 | 166:17-167:4 | |
| 169:2-19 | | |
| 170:10-13 | | 170:10-13 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 171:14-172:8 | 170:20-171:11 | |

II.     **PATRICK SAMUEL CHAMBERS RCFC 30(b)(6) DEPOSITION (DEC. 14, 2017)**

| Bitmanagement's Designation for Chambers | Government Cross-Designation | Government Objection |
|---|---|---|
| 9:1-3 | 9:1-12 | |
| 9:10-12 | 9:1-12 | |
| 10:20-23 | | |
| 11:15-23 | | |
| 11:5-12 | | |
| 12:3-17 | | |
| 13:19-24 | | |
| 13:9-14 | | |
| 19:25-20:12 | | |
| 21:6-17 | | |
| 23:23-24:11 | | |
| 25:2-6 | | |
| 25:20-26:19 | | 26:16-21 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 26:21 | | 26:16-21 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 26:23-27:11 | | |
| 29:19-25 | | |
| 30:4-24 | | |
| 31:3-23 | | |
| 32:2-19 | | |
| 34:2-11 | | |
| 34:25-35:17 | | |
| 35:25-36:3 | | |
| 36:11-20 | 36:11-38:16 | |
| 36:25-37:6 | 36:11-38:16 | |

| Bitmanagement's Designation for Chambers | Government Cross-Designation | Government Objection |
|---|---|---|
| 37:10-12 | 36:11-38:16 | |
| 42:1-7 | 42:1-7 | |
| 43:4-44:4 | 43:1-50:21 | |
| 44:11-12 | 43:1-50:21 | |
| 45:9-17 | 43:1-50:21 | |
| 46:17-47:2 | 43:1-50:21 | |
| 47:9-16 | 43:1-50:21 | |
| 48:17-20 | 43:1-50:21 | |
| 48:8-11 | 43:1-50:21 | |
| 49:8-14 | 43:1-50:21 | |
| 50:1-4 | 43:1-50:21 | |
| 50:11-21 | 43:1-50:21 | |
| 52:19-53:5 | 52:19-53:23 | |
| 53:24-54:5 | | |
| 54:11-55:4 | | |
| 55:21-56:6 | | |
| 56:13-23 | | |
| 59:7-11 | 59:7-61:18 | |
| 60:8-14 | 59:7-61:18 | |
| 60:17-62:12 | 59:7-61:18 | |
| 62:19-64:25 | | |
| 65:14-24 | | |
| 66:11-67:14 | 67:15-68:11 | |
| 68:12-15 | 67:15-68:11 | |
| 70:8-16 | 40:5-41:22<br>70:8-77:9 | |
| 72:17-22 | 40:5-41:22<br>70:8-77:9 | |
| 73:11-22 | 40:5-41:22<br>70:8-77:9 | |
| 74:23-75:11 | 40:5-41:22<br>70:8-77:9 | |
| 75:18-22 | 40:5-41:22<br>70:8-77:9 | |
| 76:7-17 | 40:5-41:22<br>70:8-77:9 | |
| 76:23-77:9 | 40:5-41:22<br>70:8-77:9 | |
| 78:3-15 | 78:3-79:16 | |
| 78:19-79:16 | 78:3-79:16 | |
| 80:10-16 | | |
| 80:21-81:15 | | |

| Bitmanagement's Designation for Chambers | Government Cross-Designation | Government Objection |
|---|---|---|
| 81:18-21 | | |
| 82:5-21 | | |
| 83:10-17 | | |
| 83:19-85:23 | 83:24-85:21 | |
| 85:25-86:21 | | |
| 88:6-89:25 | | |
| 90:5-15 | | |
| 90:22-91:8 | 90:22-93:3 | |
| 91:23-25 | 90:22-93:3 | |
| 92:24-93:3 | 90:22-93:3 | |
| 94:18-20 | 93:15-98:22 | |
| 95:2-11 | 93:15-98:22 | |
| 95:25-96:3 | 93:15-98:22 | |
| 100:3-101:10 | | |
| 101:15-22 | | 101:15-104:23 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 102:17-103:7 | | 101:15-104:23 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 103:21-23 | | 101:15-104:23 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 104:2-15 | | 101:15-104:23 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 104:17 | | 101:15-104:23 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 104:19-20 | | 101:15-104:23 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 104:22-23 | | 101:15-104:23 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 105:17-106:6 | | |
| 105:8-14 | | |
| 107:18-20 | | |
| 108:10-21 | 108:10-109:12 | |
| 109:6-8 | 108:10-109:12 | |
| 111:5-112:10 | 111:5-115:16 | |
| 112:15-115:11 | 111:5-115:16 | |
| 115:23-116:2 | | |
| 117:22-24 | | |
| 118:21-23 | | |
| 118:5-12 | | |
| 119:3-11 | | |
| 120:2-121:1 | | 120:22-121:2 – Compound; Mischaracterizes |
| 121:10-122:10 | 121:10-125:22 | |

| Bitmanagement's Designation for Chambers | Government Cross-Designation | Government Objection |
|---|---|---|
| 122:12-17 | 121:10-125:22 | |
| 122:24-123:25 | 121:10-125:22 | |
| 124:7-15 | 121:10-125:22 | |
| 127:14-22 | 126:11-127:22 | |
| 128:1-3 | | |
| 128:11-130:8 | 128:11-134:9 | |
| 130:16-131:7 | 128:11-134:9 | |
| 131:17-132:24 | 128:11-134:9 | |
| 143:5-9 | | |
| 144:12-23 | | |
| 145:15-146:7 | 145:15-148:15 | |
| 147:2-14 | 145:15-148:15 | |
| 148:18-24 | | |
| 149:5-150:11 | | 150:7-15 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition; Foundation |
| 150:14-15 | | |
| 151:23-153:17 | | |
| 154:1-6 | | |
| 154:16-155:6 | | |
| 155:1-17 | | |
| 155:19-24 | | |
| 156:2-22 | | |
| 157:15-158:17 | | 158:11-159:22 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 158:20-159:15 | | 158:11-159:22 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 159:20-22 | | 158:11-159:22 – Beyond the scope of the designated RCFC 30(b)(6) topics for deposition |
| 159:24-160:2 | | |
| 161:9-164:19 | | |
| 165:19-24 | | |
| 165:8-10 | | |
| 166:1-167:15 | 166:1-168:19 | |
| 168:15-19 | 166:1-168:19 | |
| 169:1-14 | | |
| 170:5-8 | | |
| 170:12-19 | | |
| 170:22-171:4 | 170:22-171:17 | |
| 172:25-173:21 | | |
| 173:23 | | |
| 173:25-174:23 | 173:25-176:11 | |
| 175:5-176:11 | 173:25-176:11 | |

| Bitmanagement's Designation for Chambers | Government Cross-Designation | Government Objection |
|---|---|---|
| 177:15-22 | | |
| 178:23-179:10 | | |
| 180:14-19 | 179:5-182:3 | |
| 181:22-182:3 | 179:5-182:3 | |
| 181:8-11 | | |
| 182:19-183:6 | | |
| 182:9-12 | | |
| 183:23-184:7 | 183:23-184:12 | |
| 184:13-185:5 | | |
| 185:10-20 | | |
| 186:1-187:11 | | |
| 187:15-24 | | |
| 188:16-18 | | |
| 188:23-189:5 | 188:23-191:13 | |
| 189:7 | 188:23-191:13 | |
| 189:9-10 | 188:23-191:13 | |
| 190:15-191:13 | 188:23-191:13 | |
| 191:15-192:8 | | |
| 192:24-193:10 | | |
| 193:24-194:2 | | |
| 194:6-14 | | |
| 194:23-195:3 | | |
| 195:17-196:6 | | |
| 196:10-197:21 | 197:17-201:1 | |
| 198:18-199:11 | 197:17-201:1 | |
| 200:11-14 | 197:17-201:1 | |
| 201:2-202:15 | 201:22-202:23 | |
| 205:14-21 | 204:12-210:18 | |
| 208:2-5 | 204:12-210:18 | |
| 208:11-18 | 204:12-210:18 | |
| 210:9-21 | 204:12-210:18 | 210:19-22 – Vague as to "important" |
| 210:24-211:20 | | |
| 212:7-14 | | |
| 213:16-21 | | |
| 214:7-216:7 | 214:7-218:7 | |
| 216:9-20 | 214:7-218:7 | |
| 219:13-18 | 219:13-220:9 | |
| 219:25-220:4 | 219:13-220:9 | |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | GARY L. HAUSKEN<br>Director |
|  | s/Scott Bolden |
| Of Counsel:<br>PATRICK C. HOLVEY<br>Department of Justice | SCOTT BOLDEN<br>Deputy Director<br>Commercial Litigation Branch<br>Civil Division |
| RICHARD J. HUBER<br>ANDREW P. ZAGER<br>Department of the Navy | Department of Justice<br>Washington, DC 20530<br>Email: Scott.Bolden@USDOJ.gov<br>Telephone: (202) 307-0262<br>Facsimile: (202) 307-0345 |
| March 20, 2019 | *Attorneys for Defendant the United States* |