# In the United States Court of Federal Claims

No. 16-840C
(Filed: March 25, 2019)

```
*************************************
                                    *
BITMANAGEMENT SOFTWARE              *
GMBH,                               *
                                    *
                 Plaintiff,         *
                                    *
            v.                      *
                                    *
THE UNITED STATES,                  *
                                    *
                 Defendant.         *
                                    *
*************************************
```

## ORDER

      The parties filed their respective objections to witnesses and exhibits on March 13, 2019 and the Court received the final witness lists and exhibits list on March 20, 2019 and March 21, 2019. The Court entered its orders on the Motions *in Limine* on March 22, 2019 and March 25, 2019.

      With regard to Defendant's Objections to Plaintiff's Proposed Witnesses and Exhibits filed on March 13, 2019, on March 14, 2019, Plaintiff withdrew Mr. Mark Pfarrer as a witness as well as the proposed exhibit relating to him. However, the Court allowed Plaintiff to call Mr. Pharrer as an impeachment witness at trial, if necessary. Furthermore, in light of the Court Order dated March 25, 2019, Defendant's objections to Mr. Graff as advanced in its Objections to Plaintiff's Proposed Witness and Exhibits are now moot.

      Therefore, the parties are **DIRECTED** to file their responses to the objections to the proposed exhibit lists that were filed on March 13, 2019, **no later than Thursday, March 28, 2019**. Replies, if necessary, may be filed **no later than Monday, April 1, 2019**.

      As previously ordered by Court order dated March 14, 2019, Defendant's supplemental final exhibit list regarding the rebuttal documents remains to be filed no later than April 4, 2019.

      **IT IS SO ORDERED.**

                                                      s/ Edward J. Damich

EDWARD J. DAMICH
Senior Judge