# In the United States Court of Federal Claims

No. 16-840C
(Filed: April 10, 2019)

```
*************************************
                                    *
BITMANAGEMENT SOFTWARE              *
GMBH,                               *
                                    *
                Plaintiff,          *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

## ORDER

Trial will take place from Monday, April 22, 2019 to Friday, April 26, 2019, and Monday, April 29, 2019 to Tuesday, April 30, 2019, in **Courtroom #6** of the U.S. Court of Federal Claims, 717 Madison Place, NW, Washington, DC. Proceedings will commence at 10:00 a.m. each day.

**IT IS SO ORDERED.**

s/ Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge