# In the United States Court of Federal Claims

No. 16-840C
(Filed: April 10, 2019)

```
*************************************
                                    *
BITMANAGEMENT SOFTWARE              *
GMBH,                               *
                                    *
                                    *
              Plaintiff,            *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
                                    *
*************************************
```

## ORDER

      On March 13, 2019, the parties filed their respective Objections to Exhibits.  *See* ECF Nos. 65, 66.  On March 28, 2019, the parties filed their respective responses.  *See* ECF Nos. 85, 86.  On April 1, 2019, the parties filed their respective replies.  *See* ECF Nos. 87, 88.

      The Court's ruling on the parties' respective objections are attached.  *See* Attachment 1 (Court's Ruling on Defendant's Objections to Plaintiff's Exhibits); Attachment 2 (Court's Ruling on Plaintiff's Objections to Defendant's Exhibits).

      **IT IS SO ORDERED.**

s/ Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge