# In the United States Court of Federal Claims

No. 16-840C
(Filed: April 29, 2019)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**BITMANAGEMENT SOFTWARE GMBH,**

        Plaintiff,

        v.

**THE UNITED STATES,**

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Pursuant to the agreement by the parties and accepted by the Court, the post-trial briefing is as follows:

    May 31, 2019 – Plaintiff's brief due, not to exceed 45 pages;
    June 28, 2019 – Defendant's brief due, not to exceed 45 pages;
    July 12, 2019 – Plaintiff's reply brief due., not to exceed 15 pages.

Each party shall also set forth its position with regard to the extraterritorial copyright claims in its post-trial brief.

The parties shall also file the list of exhibits entered into evidence together with the final entered exhibits on CD-Rom no later than May 31, 2019.

**IT IS SO ORDERED.**

                                         s/ Edward J. Damich
                                         EDWARD J. DAMICH
                                         Senior Judge