# In the United States Court of Federal Claims

No. 16-840 C
Filed: September 9, 2019

**BITMANAGEMENT SOFTWARE GMBH**

**JUDGMENT**

v.

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed September 9, 2019,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant, and plaintiff's complaint is dismissed.

Lisa L. Reyes
Clerk of Court

By:   s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.