**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BITMANAGEMENT SOFTWARE GMBH, | Case No. 16-840 C |
| Plaintiff, | Senior Judge Edward J. Damich |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendants. | |

**PLAINTIFF'S NOTICE REGARDING REDACTIONS**

Plaintiff Bitmanagement Software GmbH proposes no redactions to the Court's September 9, 2019 sealed Opinion and Order (ECF No. 128).

Dated: September 20, 2019  Respectfully submitted,

/s/ Brent J. Gurney
Brent J. Gurney
Adam Raviv
Leon Kenworthy
Michael Carpenter
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: brent.gurney@wilmerhale.com
          adam.raviv@wilmerhale.com
          leon.kenworthy@wilmerhale.com
          michael.carpenter@wilmerhale.com

Allison Trzop
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: allison.trzop@wilmerhale.com

Kevin Goldman
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: kevin.goldman@wilmerhale.com

*Counsel for Plaintiff Bitmanagement Software GmbH*