# United States Court of Appeals for the Federal Circuit

---

**BITMANAGEMENT SOFTWARE GMBH,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2020-1139

---

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00840-EJD, Senior Judge Edward J. Damich.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

ENTERED BY ORDER OF THE COURT

February 25, 2021     /s/ Peter R. Marksteiner
                      Peter R. Marksteiner
                      Clerk of Court