# United States Court of Appeals for the Federal Circuit

_____

**BITMANAGEMENT SOFTWARE GMBH,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

_____

2020-1139

_____

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00840-EJD, Senior Judge Edward J. Damich.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered February 25, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellant Bitmanagement Software GmbH in the amount of $609.60 and taxed against the appellee.

FOR THE COURT

April 19, 2021        /s/ Peter R. Marksteiner
                                            Peter R. Marksteiner
                                            Clerk of Court