# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BITMANAGEMENT SOFTWARE GMBH,<br><br>              Plaintiff,<br><br>   v.<br><br>THE UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No. 16-840 C<br><br>Senior Judge Edward J. Damich |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Pursuant to Rule 58(a) and (d) of the Rules of the United States Court of Federal Claims, Plaintiff Bitmanagement Software GmbH ("Bitmanagement") respectfully moves for an entry of judgment against Defendant the United States of America for damages in the amount of $155,400,000 and related relief as set forth in the attached Proposed Final Judgment. The grounds for Bitmanagement's motion are set forth in its memorandum of law in support of this motion and the entire record herein.

| | |
|---|---|
| Dated: April 20, 2021 | Respectfully submitted,<br><br>/s/ *Brent J. Gurney*<br>Brent J. Gurney<br>*Counsel of Record*<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br>Email:  brent.gurney@wilmerhale.com<br><br>*Of Counsel*<br>Leon T. Kenworthy<br>Jamie Yood<br>Michael Carpenter<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br>Email:  leon.kenworthy@wilmerhale.com<br>           jamie.yood@wilmerhale.com<br>           michael.carpenter@wilmerhale.com<br><br>*Counsel for Bitmanagement Software GmbH* |