IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BITMANAGEMENT SOFTWARE GMBH,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | Case No. 16-840 C<br><br>Senior Judge Edward J. Damich |

**[PROPOSED] FINAL JUDGMENT**

In accordance with the Federal Circuit's opinion, *Bitmanagement Software GmBH v. United States*, 989 F.3d 938 (Fed. Cir. 2021), and judgment, Dkt. 134-1, the Court hereby renders the following Final Judgment pursuant to Rule 58(a) of the Rules of the United States Court of Federal Claims:

1. Judgment is entered in favor of Plaintiff Bitmanagement Software GmbH ("Bitmanagement") and against Defendant the United States of America ("United States").  The Court declares that Defendant infringed Bitmanagement's valid copyright in BS Contact Geo 8.001.

2. Defendant is liable to Plaintiff for damages in the amount of $155,400,000.

3. Defendant is liable to Plaintiff for pre-judgment interest from July 18, 2013 through the date of judgment on the damages awarded to Bitmanagement based on the average 52-week Treasury rate during that period compounded annually.

4. Defendant is liable to Plaintiff for post-judgment interest on the entire amount of the judgment, calculated from the date of entry of the judgment using the Federal

Reserve Board's weekly average 1-year constant maturity Treasury yield from the preceding calendar week, computed daily to the date of payment and compounded annually, pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: _____  _____
EDWARD J. DAMICH
Senior Judge, United States Court of Federal Claims