# In the United States Court of Federal Claims

No. 16-840C
(Filed:  May 24, 2021)

```
************************************
                                   *
BITMANAGEMENT SOFTWARE             *
GMBH,                              *
                                   *
                  Plaintiff,       *
                                   *
        v.                         *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
                                   *
************************************
```

## ORDER

On April 20, 2021, Plaintiff filed a Motion for Entry of Judgment and Memorandum in Support.  On May 4, 2021, Defendant filed a Cross-Motion and Motion for Reconsideration.  On May 18, 2021, Plaintiff filed its Response and Reply.  After consideration, the Court hereby STAYS the Motions and ORDERS further briefing on each party's damages calculation.  The parties shall itemize the damages as well as provide the Court with supporting justification.  Plaintiff's brief shall be filed on or before July 2, 2021.  Thereafter, briefing deadlines shall follow the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge