# In the United States Court of Federal Claims

No. 16-840C
(Filed: March 8, 2022)

```
*************************************
                                    *
BITMANAGEMENT SOFTWARE              *
GMBH,                               *
                                    *
              Plaintiff,            *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
                                    *
*************************************
```

## ORDER

After careful consideration of all the supplemental briefs filed by the parties, the Court has determined that questions of fact remain and a trial is necessary on the issue of damages. The Court hereby SCHEDULES a damages trial to begin October 11, 2022, with each side given a total of 10 hours. The parties are to file, no later than March 23, 2022, a joint pre-trial schedule.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge