# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BITMANAGEMENT SOFTWARE GMBH,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 16-840 C<br><br>Senior Judge Edward J. Damich |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to the Court's March 8, 2022 order, which scheduled a damages trial to begin October 11, 2022 and required the parties to file, no later than March 23, 2022, "a joint pre-trial schedule," Dkt. 166, the parties respectfully move for the Court to enter the attached Pretrial Scheduling Order.

Dated: March 23, 2022

                                             Respectfully submitted,

                                             */s/ Brent. J. Gurney*
                                             Brent J. Gurney
                                             *Counsel of Record*
                                             Wilmer Cutler Pickering Hale and Dorr LLP
                                             1875 Pennsylvania Ave., N.W.
                                             Washington, D.C. 20006
                                             Telephone: (202) 663-6000
                                             Facsimile: (202) 663-6363
                                             Email: brent.gurney@wilmerhale.com

                                             *Of Counsel*
                                             Leon T. Kenworthy
                                             Jamie Yood
                                             Michael Carpenter
                                             Wilmer Cutler Pickering Hale and Dorr LLP
                                             1875 Pennsylvania Ave., N.W.

Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: leon.kenworthy@wilmerhale.com
jamie.yood@wilmerhale.com
michael.carpenter@wilmerhale.com

*Counsel for Bitmanagement Software GmbH*

SARAH HARRINGTON
Deputy Assistant Attorney General

GARY L. HAUSKEN
Director

*/s/ Scott Bolden*
SCOTT BOLDEN
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345
Email: Scott.Bolden@USDOJ.gov

*Of Counsel*
PATRICK C. HOLVEY
Department of Justice
JENNIFER S. BOWMAR
ANDREW P. ZAGER
Department of the Navy

*Counsel for Defendant the United States*