# In the United States Court of Federal Claims

No. 16-840C
(Filed: May 4, 2022)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| **BITMANAGEMENT SOFTWARE GMBH,** | \* |
| Plaintiff, | \* |
| v. | \* |
| **THE UNITED STATES,** | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULING ORDER

On April 12, 2022, this Court issued a Pre-Hearing Scheduling Order for a trial on the damages issue.  ECF No. 175.  Also on April 12, this Court issued a further Order finalizing the parameters for the testimony of the Government's witness, David Kennedy.  ECF No. 176.

Both parties' finalized lists of supplemental witnesses and exhibits shall be filed no later than June 1, 2022.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge